**CJA 23**
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: U.S. v.s. Shawn Winbush
FOR:
AT:

PERSON REPRESENTED (Show your full name): Shawn Winbush

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 2004M0486RBC-01
District Court:
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →): 21 § 952(a) & 960(a)
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☒ Am Self-Employed
Name and address of employer: Amirell Bus Co.
IF YES, how much do you earn per month? $ +800.00
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ +400.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

*OTHER INCOME*
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 940.00   SOURCES: Veteran's Administration

*CASH*
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No   IF YES, state total amount $ 400.00

*PROPERTY*
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: UNKNOWN / $14,000
DESCRIPTION: 63 Chevy Impala / 98 Chevy Tahoe — owes +$2,000

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED (☐ SINGLE, ☐ WIDOWED, ☐ SEPARATED OR DIVORCED)
Total No. of Dependents: 4
List persons you actually support and your relationship to them:
Shantora Jones 19 - college
Shawn Winbush
Shawnette Winbush 17
Shawn Winbush

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | $900.00/month | | |
| | ATT wireless | $650.00 | |
| | Credit Card | $2500.00 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/8/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Shawn Winbush