UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CASE NO. CR 04-486-RBC

SHAWN WINBUSH,
Defendant

## MOTION FOR REVOCATION OF DETENTION ORDER

Now comes the Defendant, Shawn Winbush, in the above-entitled action, and hereby moves this Honorable Court pursuant to 18 W.S.C. Section 314(b) to revoke the detention order entered by the United States Magistrate pursuant to 18 U.S.C. Section 3142. The magistrate, after a hearing, ordered Mr. Winbush detained pending trial. The Defendant now seeks review of this detention order and respectfully requests a hearing on the instant motion.

As reasons therefore, the Defendant contends there exists a combination of conditions that would assure the Defendant's appearance and the safety of the community. See: 18 U.S.C. Section 3142©. Please see attached Memorandum In Support of Revocation of Detention Order.

Respectfully submitted,
Shawn Winbush
By his attorney,

Lawrence P. Novak
BBO#: 548589
235 Candy Lane
Brockton, MA 02301
(508) 587-8400

Dated: April 4, 2005